**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

PEDRO ALVARADO

                                  Plaintiff,

v.                                           Case No.:
                                          2:18–cv–12904–WJM–MF

                                          Judge William J. Martini

MARBLE AND GRANITE
FABRICATORS CORPORATION, et al.

                                  Defendant.


**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

   It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 21st day of May, 2019,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


        /s/ William J. Martini
        _____
        WILLIAM J. MARTINI United States District Judge